# CRIMINAL CASE COVER SHEET     U.S. DISTRICT COURT

**Complete entire form**

**Place of Offense:**

City _____

County ___ Monroe ___

**Related Case Information:**

Superseding: ☐ Yes   XX No    If yes, Case No. _____

Same Defendant _____ New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes   XX No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name __Perry E Knowles__

Alias Name _____

Address __Nettleton MS__

DOB __1963__ SS# __7758__ Sex __M__ Race __Caucasian__ Nationality __USA__

Represented by: _____

**U.S. Attorney Information:** AUSA __Robert J. Mims__ Bar # __9913__

Interpreter: ☐ Yes   XX No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes   ☐ No     In Custody ☐ Yes   XX No

Federal _____ State _____ Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts __1 & 2 of 2__    ☐ Petty ☐ Misdemeanor XX Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18:371.F__ | conspiracy to defraud the U.S. | 1 |
| Set 2 __16:470ee(b).F__ | Archaeological Resource Protection Act | 2 |
| Set 3 | | |
| Set 4 | | |

Date: __9/23/2014__    Signature of AUSA __Robert J. Mims__

**District Court Case Number:**
(To be entered by Clerk) __1:14 CR 105__