**CRIMINAL CASE COVER SHEET**                    **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**                    **Related Case Information:**

City_____                    Superseding: ☐ Yes  XX No    If yes, Case No._____

                                        Same Defendant _____ New Defendant __X__

County_____Monroe_____

                                        Magistrate Judge Case Number _____

                                        Search Warrant Case Number _____

                                        R20/R40 from District of _____

                                        Related Criminal Case Number _____

**Defendant Information:**

Juvenile:    ☐ Yes XX No            If yes, Matter to be sealed:    ☐ Yes  ☐ No

Defendant Name _Brian Keith Sawyer_____

Alias Name _____

Address _Amory MS_____

DOB _1969_ SS# _9434_ Sex _M_ Race_Caucasian_ Nationality____USA____

Represented by: _____

**U.S. Attorney Information**: AUSA __Robert J. Mims__ Bar # _9913_____

Interpreter: ☐ Yes  XX No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release  ☐ Yes    ☐ No        In Custody  ☐ Yes    XX No

Federal _____State_____ Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts _1 & 2 of 2___    ☐ Petty  ☐ Misdemeanor  XX Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18:371.F_ | _conspiracy to defraud the U.S._ | _1_ |
| Set 2 _16:470ee(b).F_ | _Archaeological Resource Protection Act_ | _2_ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

Date:___9/23/2014___    Signature of AUSA ___Robert J. Mims_____

**District Court Case Number:**
**(To be entered by Clerk)** _1:14CR105_____